# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 8, 2023

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Ernest J. Walker, et al.
>      v. Dominion Voting Systems, Inc., et al.
>      No. 22-1084
>      (Your No. 21-1442)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 3, 2023 and placed on the docket May 8, 2023 as No. 22-1084.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst