FILED  
United States Court of Appeals  
Tenth Circuit

February 2, 2023

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| KEVIN O'ROURKE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOMINION VOTING SYSTEMS, INC., a Delaware corporation, et al., <br><br> Defendants - Appellees, <br><br> and <br><br> MARK E. ZUCKERBERG, individually, et al., <br><br> Defendants. <br><br> ------------------------------ <br><br> GARY D. FIELDER, et al., <br><br> Attorneys - Appellants. | No. 21-1442 <br> (D.C. No. 1:20-CV-03747-NRN) <br> (D. Colo.) |

_____

**ORDER**

_____

Before **HOLMES**, Chief Judge, **TYMKOVICH**, and **ROSSMAN**, Circuit Judges.

_____

Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court

who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
